IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Susan Carney,

    Plaintiff(s),

vs.

Prudential Insurance Company of America,

    Defendant(s).

Case Number: 1:16cv675

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on September 22, 2016 (Doc. 14), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 11, 2016, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's motion to dismiss the original complaint (Doc. 4) is DENIED as moot.

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court